| | |
|---|---|
| **From:** | Lisa moller |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Fwd: |
| **Date:** | Wednesday, November 2, 2022 7:00:47 PM |

**CAUTION - EXTERNAL:**

USA v. Michael Moller
Case NO. 1:20-cr-00088-MSM-LDA

EMERGENCY UPDATE
TRANSFER CANCELED/POSTPONED

Dear Judge,

      Today Nov. 1st, 2022, I was woken up at 2 am and prepped to be transported to Butner Medium 2, at the last moment I was removed from the bus list and told I was not being moved, and was not provided a determinative reason as to why this was occuring. Staff here is well aware that I cannot be cared for here, and now I am unsure when or even if I will still be transfered.

    My sugar level continue to exceed over 600, I am pleading with the court to INTERVENE NOW, as this is a very bad situation, none of this was ever supposed to be happening.For these reasons I ask for your immediate intervention either by giving me a hearing or ordering my immediate release.

Please help me Judge.

/s/Michael Moller

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.