| | |
|---|---|
| **From:** | Lisa moller |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Fwd: |
| **Date:** | Sunday, November 6, 2022 9:21:57 AM |

**CAUTION - EXTERNAL:**

dear clerk, I sent this on Wednesday of last week, I never received a notification in my ECF that it was filed, please docket this as soon as possible, as it is crtitical to my case and time sensetive.Thank you.

**From:** Lisa moller <molleral@hotmail.com>
**Date:** November 2, 2022 at 7:00:45 PM EDT
**To:** rid_ecf_intake@rid.uscourts.gov
**Subject: Fwd:**

USA v. Michael Moller
Case NO. 1:20-cr-00088-MSM-LDA

EMERGENCY UPDATE
TRANSFER CANCELED/POSTPONED

Dear Judge,

     Today Nov. 1st, 2022, I was woken up at 2 am and prepped to be transported to Butner Medium 2, at the last moment I was removed from the bus list and told I was not being moved, and was not provided a determinative reason as to why this was occuring. Staff here is well aware that I cannot be cared for here, and now I am unsure when or even if I will still be transfered.

     My sugar level continue to exceed over 600, I am pleading with the court to INTERVENE NOW, as this is a very bad situation, none of this was ever supposed to be happening.For these reasons I ask for your immediate intervention either by giving me a hearing or ordering my immediate release.

Please help me Judge.

/s/Michael Moller

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.